UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF DISTRICT

In re: ERIC JAMES WILCOX and
TRACIE RENEE WILCOX
§
§
§
§ Debtors §

Case No. 09-04782

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/16/2009 . [The case was converted to one under Chapter 7 on _____.] The undersigned trustee was appointed on 02/16/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $13,286.42

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | $0.00 |
| Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Leaving a balance on hand of | $13,286.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

UST Form 101-7-TFR (4/1/2009)

6. The deadline for filing claims in this case was 07/17/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,078.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,078.64, for a total compensation of $2,078.64. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $7.14, for total expenses of $7.14.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2009     By: /s/ Allan J. DeMars
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 09-04782
Case Name: ERIC JAMES WILCOX and TRACIE RENEE WILCOX
Trustee Name: ALLAN J. DeMARS

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Delete NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee   ALLAN J. DeMARS | $2,078.64 | $7.14 |
| Attorney for trustee | | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges,   U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

UST Form 101-7-TFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | | |
| Attorney for | | |
| Accountant for | | |
| Appraiser for | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$48,656.10_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___23___ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA | $9,892.10 | $2,277.16 |
| 2 | American Express Centurion Bank | $13,850.92 | $3,188.48 |
| 3 | Roundup Funding, LLC | $2,736.83 | $630.02 |

UST Form 101-7-TFR (4/1/2009)

| 4 | GE Money Bank dba Pearle Vision | $1,629.88 | $375.20 |
| 5 | GE Money Bank dba Lowes | $2,943.71 | $677.64 |
| 6 | GE Money Bank dba Empire | $17,602.66 | $4,052.14 |

UST Form 101-7-TFR (4/1/2009)

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00 .

**UST Form 101-7-TFR (4/1/2009)**

Case 09-04782   Doc 37   Filed 08/10/09   Entered 08/10/09 14:24:54   Desc Main
Document      Page 7 of 9

EXHIBIT 8       FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 09-4782                                                                                  Trustee Name:  Allan J. DeMars

Case Name: TRACIE RENEE WILCOX and ERIC JAMES WILCOX                                              Date Filed (f) or Converted (c): 2/16/09 (F)

For Period Ending: 12/31/09                                                                       §341(a) Meeting Date: 3/31/09

                                                                                                  Claims Bar Date: July 17, 2009

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence located at 700 Kemah Lane Schaumburg, IL | 355,500.00 | 0.00 | DA | | FA |
| 2 | checking account | 1,200.00 | 0.00 | DA | | FA |
| 3 | household furniture | 6,700.00 | 0.00 | DA | | FA |
| 4 | wearing apparel | 600.00 | 0.00 | DA | | FA |
| 5 | wedding rings | 1,500.00 | 0.00 | DA | | FA |
| 6 | child support | 240.00 | 0.00 | DA | | FA |
| 7 | 1995 Chevy pick-up | 950.00 | 0.00 | DA | | FA |
| 8 | 2005 Dodge Magnum | 19,175.00 | 0.00 | DA | | FA |
| 9 | household pet | 0.00 | 0.00 | DA | | FA |
| 10 | return of insider preferences(u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 11 | return of expended tax refund(u) | 5,784.00 | 5,784.00 | | 5,784.00 | FA |
| 12 | interest on invested funds | | | | 2.42 | |

TOTALS (Excluding unknown values)                                  13,284.00                13,286.42

(Total Dollar Amount in Column 6)

Major activities affecting case closing: recovery of preference and recovery of tax refund
Initial Projected Date of Final Report (TFR): July, 2009                Current Projected Date of Final Report (TFR):   July 20, 2009

**EXHIBIT 9                FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-4782  
Case Name: TRACIE RENEE WILCOX and ERIC JAMES WILCOX  
Taxpayer ID#: 26-6887823  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 555 3870  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/23/09 | Ref 10 | from debtors who obtained funds from relatives | return of insider preference payments | 1241-000 | 7,500.00 | | 7,500.00 |
| 4/30/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.10 | | 7,500.10 |
| 5/1/09 | Ref 11 | from debtors | partial return of income tax refund that was spent post-petition by debtors | 1224-000 | 2,000.00 | | 9,500.10 |
| 5/20/09 | Ref 11 | from debtors | partial return of income tax refund that was spent post-petition by debtors | 1224-000 | 1,234.00 | | 10,734.10 |
| 5/31/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.84 | | 10,734.94 |
| 6/16/09 | Ref 11 | from debtors | partial return of income tax refund that was spent post-petition by debtors | 1224-000 | 1,234.00 | | 11,968.94 |
| 6/30/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.94 | | 11,969.88 |
| 7/13/09 | Ref 11 | from debtors | final return of income tax refund that was spent post-petition by debtors | 1224-000 | 1,316.00 | | 13,285.88 |
| 7/17/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.54 | | 13,286.42 |
| | | | COLUMN TOTALS | | 13,286,42 | 0.00 | 13,286.42 |
| | | | Less: Bank transfers/CD Subtotal | | | | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 13,286.42 | 0.00 | 13,286.42 |

|  |  |  |  |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
| Checking# | | | |
| Money Market # 375 555 3870 | 13,286.42 | 0.00 | 13,286.42 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 13,286.42 | 0.00 | 13,286.42 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |