UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: ERIC JAMES WILCOX and § Case No. 09-04782
TRACIE RENEE WILCOX §
§
§
Debtors §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---:|
| *The Final Report shows receipts of* | $13,286.42 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance of* | $13,286.42 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee* ALLAN J. DeMARS | $2,078.64 | $7.14 |
| *Attorney for trustee* | | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

UST Form 101-7-NFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor _____ | _____ | _____ |
| Attorney for _____ | _____ | _____ |
| Accountant for _____ | _____ | _____ |
| Appraiser for _____ | _____ | _____ |
| Other _____ | _____ | _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | _____ | _____ | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (4/1/2009)

Timely claims of general (unsecured) creditors totaling $48,656.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA | $9,892.10 | $2,277.16 |
| 2 | American Express Centurion Bank | $13,850.92 | $3,188.48 |
| 3 | Roundup Funding, LLC | $2,736.83 | $630.02 |
| 4 | GE Money Bank dba Pearle Vision | $1,629.88 | $375.20 |
| 5 | GE Money Bank dba Lowes | $2,943.71 | $677.64 |
| 6 | GE Money Bank dba Empire | $17,602.66 | $4,052.14 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street - 7th Floor
Chicago, IL 606004

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 09/10/2009 in Courtroom 742, United States Courthouse, 219 S. Dearborn Street Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/10/2009        By: /s/ ALLAN J. DeMARS
                            Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mrahmoun              Page 1 of 2              Date Rcvd: Aug 11, 2009
Case: 09-04782                 Form ID: pdf006             Total Noticed: 61

The following entities were noticed by first class mail on Aug 13, 2009.
db/jdb        +Tracie Renee Wilcox,    Eric James Wilcox,    700 Kemah Lane,    Schaumburg, IL 60193-1420
aty           +Thomas W McEvoy,    Thomas W. McEvoy,    228 W. Main Street,    Barrington, IL 60010-3011
tr            +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13529856     ++ALLIANT CREDIT UNION,    BANKRUPTCY DEPARTMENT,    11545 W TOUHY AVE,    CHICAGO IL 60666-5000
               (address filed with court: Alliant Credit Union,    11545 W Touhy Ave,    Chicago, IL 60666)
14117958     +Advocate Medical Group,    701 Lee St,    Des Plaines, IL 60016-4539
13529857     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13970253      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13529858     +Aspen/fb&t,    Po Box 105555,    Atlanta, GA 30348-5555
13529859     +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3177
13529860      Banco Populr,    155 Vanguard St.,    Orlando, FL 32819
13529861      Bank Of America,    Po Box 84006,    Columbus, GA 31908
13870919     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13529862     +Central Loan,    415 Phillips Blvd,    Ewing, NJ 08618-1430
13529863     +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
13529867     +Chrysler Credit,    Po Box 8065,    Royal Oak, MI 48068-8065
13529868     +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13529869      Citi Mortgage Inc,    Attention: Bankruptcy Department,    Po Box 79022, Ms322,
               St. Louis, MO 63179
13529870      Citicorp Credit Services, Inc. (USA,    P.O. Box 140516,    Toledo, OH 43614-0516
13529871     +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
13529872     +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
13529873     +Direct Merchants Bank,    Card Member Services - GSC,    Po Box 5246,    Carol Stream, IL 60197-5246
13529875     +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
13529876     +Dsnb Macys,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14117959      First Foot Podiatry,    1601 Wise Road,    Schaumburg, IL 60193-3554
13529877     +First Midwest Bank/na,    214 Washington St,    Waukegan, IL 60085-5618
13529881     +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
13529883     +Gb Algonquin,    234 S Randall Rd,    Algonquin, IL 60102-9775
13529887      HSBC Card Services,    P.O. Box 17313,    Baltimore, MD 21297-1313
13529888     +Hsbc/wicks,    90 Christiana Rd,    New Castle, DE 19720-3118
14117960     +KCA Financial Services, Inc,    628 North Street,    PO Box 53,    Geneva, IL 60134-0053
14117961      MAF Collection Systems,    134 S Tampa Street,    Tampa,FL 33602-5396
14117963      MiraMed Revenue Group LLC,    Dept 77304,    PO Box 77000,    Detroit, MI 48277-0304
14117964     +NCO Financial Systems Inc,    POB 15270,    Wilmington, DE 19850-5270
13529892     +National City Mortgage,    Attn: Bankruptcy Dept,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
13529893     +Nco Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
13529897     +Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
14117965      Northwest Community Hospital,    PO Box 95698,    Chicago, IL 60694-5698
14117966     +Northwest Radiology Associates, SC,    520 E 22nd st,    Lombard, IL 60148-6110
14117967      Pallettieri & Associates Ltd,    Dept 77304,    PO Box 77000,    Detroit, MI 48277-0304
13529898     +Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
14117968      Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
13529900     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
13529901     +Taylor, Bean & Whitake,    Attn: Bankruptcy,    1417 N Magnolia Ave,    Ocala, FL 34475-9078
13529902     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1590
14117969      The Bureaus, Inc,    1676 Momentum Place,    Chicago, IL 60689-5316
13529903     +Visdsnb,    Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
13529904     +Wells Fargo,    Attn: Collection Servicing, 1st Floor, M,    1 Home Campus,
               Des Moines, IA 50328-0001
13529906     +Wfnnb/express,    Po Box 182273,    Columbus, OH 43218-2273

The following entities were noticed by electronic transmission on Aug 12, 2009.
13529874     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 12 2009 02:52:09     Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13529879     +E-mail/Text: bankruptcysupport@flagstar.com                            Flagstar Bank,
               Attn: Bankruptcy Dept MS-S144-3,    5151 Corporate Dr,    Troy, MI 48098-2639
13529884    ++E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2009 02:42:56     GEMB / HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13529885     +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2009 02:39:35     Gemb/pearle,    Po Box 981439,
               El Paso, TX 79998-1439
13529886     +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2009 02:45:50     Gemb/tweeter,    Po Box 981439,
               El Paso, TX 79998-1439
13529889     +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2009 02:42:56     JC Penney,
               Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
13529891     +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2009 02:43:02     Lowes / MBGA,
               Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
14117962     +E-mail/Text: tjordan@mcscol.com                            Medical Collections Systems,
               725 S Wells ste 500,    Chicago, IL 60607-4516
13529894     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14143853     +E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2009 02:45:47
               Recovery Management Systems Corporation,    For GE Money Bank,    dba EMPIRE/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14143761     +E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2009 02:39:22
               Recovery Management Systems Corporation,    For GE Money Bank,    dba PEARLE VISION/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14143847     +E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2009 02:45:49
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13991678      E-mail/PDF: BNCEmails@blinellc.com Aug 12 2009 02:45:52     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                  Date Rcvd: Aug 11, 2009
Case: 09-04782                 Form ID: pdf006             Total Noticed: 61

The following entities were noticed by electronic transmission (continued)
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13529864*     +Chase - Cc,    Attention:  Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
13529865*     +Chase - Cc,    Attention:  Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
13529866*     +Chase - Cc,    Attention:  Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
13529878*     +First Midwest Bank/na,    214 Washington St,    Waukegan, IL 60085-5618
13529880*     +Flagstar Bank,    Attn: Bankruptcy Dept MS-S144-3,    5151 Corporate Dr,    Troy, MI 48098-2639
13529882*     +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
13529890*     +JC Penney,    Attention:  Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
13529895*     +Nicor Gas,    Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
13529896*     +Nicor Gas,    Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
13529899*     +Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
13529905*     +Wells Fargo,    Attn: Collection Servicing, 1st Floor, M,    1 Home Campus,
                Des Moines, IA 50328-0001
                                                                                               TOTALS: 0, * 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2009**                    **Signature:**    _Joseph Speetjens_