UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: TRACIE RENEE WILCOX and ERIC JAMES WILCOX

Case No. 09-4782

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $341,965.00 | Assets Exempt: | $43,400.00 |
| Total Distributions to Claimants: | $11,200.64 | Claims Discharged Without Payment: | $43,699.18 |
| Total Expenses of Administration: | $2,085.78 | | |

3) Total gross receipts of $13,286.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,286.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $278,429.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,085.78 | $2,085.78 | $2,085.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $53,968.01 | $48,656.10 | $48,656.10 | $11,200.64 |
| **TOTAL DISBURSEMENTS** | $332,127.01 | $50,741.88 | $50,741.88 | $13,286.42 |

4) This case was originally filed under chapter  7  on  02/16/2009   [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for  8  months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2009          By: /s/ Allan J. DeMars
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| return of insider preference | 1241-000 | $7,500.00 |
| return of tax refund spent post-petition by debtors | 1224-000 | $5,784.00 |
| interest on invested funds | 1270-000 | $2.42 |
| **TOTAL GROSS RECEIPTS** | | **$13,286.42** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Mortgage Inc. | 4110-000 | $278,429.00 | $0.00 | $0.00 | $0.00 |
| Citizens Bank | 4210-000 | $12,829.00 | $0.00 | $0.00 | $0.00 |
| Flagstar Bank | 4110-000 | $52,554.00 | $0.00 | $0.00 | $0.00 |
| GMAC | 4210-000 | $690.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$344,502.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $2,078.64 | $2,078.64 | $2,078.64 |
| Allan J. DeMars | 2200-000 | N/A | $7.14 | $7.14 | $7.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,085.78 | $2,085.78 | $2,085.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express | 7100-900 | $13,812.00 | $13,850.92 | $13,850.92 | $3,188.48 |
| Chase | 7100-900 | $9,892.00 | $9,892.10 | $9,892.10 | $2,277.16 |
| GE Money Bank/Empire | 7100-000 | $16,976.00 | $17,602.66 | $17,602.66 | $4,052.14 |
| GE Money Bank/Pearle | 7100-000 | $1,498.00 | $1,629.88 | $1,629.88 | $375.20 |
| Roundup Funding successor to HSBC | 7100-000 | $2,603.29 | $2,736.83 | $2,736.83 | $630.02 |
| GE Money Bank/Lowes | 7100-000 | $2,943.00 | $2,943.71 | $2,943.71 | $677.64 |
| 6 claims scheduled with no proof of claim | | $6,243.72 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $53,968.01 | $48,656.10 | $48,656.10 | $11,200.64 |

UST Form 101-7-TDR (4/1/2009)

EXHIBIT 8 FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 09-4782                              Trustee Name: Allan J. DeMars

Case Name: TRACIE RENEE WILCOX and ERIC JAMES WILCOX    Date Filed (f) or Converted (c): 2/16/09 (F)

For Period Ending: 12/31/09                   §341(a) Meeting Date: 3/31/09

                                              Claims Bar Date: July 17, 2009

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  residence located at 700 Kemah Lane Schaumburg, IL | 355,500.00 | 0.00 | DA | | FA |
| 2  checking account | 1,200.00 | 0.00 | DA | | FA |
| 3  household furniture | 6,700.00 | 0.00 | DA | | FA |
| 4  wearing apparel | 600.00 | 0.00 | DA | | FA |
| 5  wedding rings | 1,500.00 | 0.00 | DA | | FA |
| 6  child support | 240.00 | 0.00 | DA | | FA |
| 7  1995 Chevy pick-up | 950.00 | 0.00 | DA | | FA |
| 8  2005 Dodge Magnum | 19,175.00 | 0.00 | DA | | FA |
| 9  household pet | 0.00 | 0.00 | DA | | FA |
| 10 return of insider preferences(u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 11 return of expended tax refund(u) | 5,784.00 | 5,784.00 | | 5,784.00 | FA |
| 12 interest on invested funds | | | | 2.42 | |

TOTALS (Excluding unknown values)                    13,284.00        13,286.42

                                                          (Total Dollar Amount in Column 6)

Major activities affecting case closing: recovery of preference and recovery of tax refund
Initial Projected Date of Final Report (TFR): July, 2009        Current Projected Date of Final Report (TFR): July 20, 2009

**EXHIBIT 9              FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-4782  
Case Name: TRACIE RENEE WILCOX and ERIC JAMES WILCOX  
Taxpayer ID#: 26-6887823  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 555 3870

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/23/09 | Ref 10 | from debtors who obtained funds from relatives | return of insider preference payments | 1241-000 | 7,500.00 | | 7,500.00 |
| 4/30/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.10 | | 7,500.10 |
| 5/1/09 | Ref 11 | from debtors | partial return of income tax refund that was spent post-petition by debtors | 1224-000 | 2,000.00 | | 9,500.10 |
| 5/20/09 | Ref 11 | from debtors | partial return of income tax refund that was spent post-petition by debtors | 1224-000 | 1,234.00 | | 10,734.10 |
| 5/31/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.84 | | 10,734.94 |
| 6/16/09 | Ref 11 | from debtors | partial return of income tax refund that was spent post-petition by debtors | 1224-000 | 1,234.00 | | 11,968.94 |
| 6/30/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.94 | | 11,969.88 |
| 7/13/09 | Ref 11 | from debtors | final return of income tax refund that was spent post-petition by debtors | 1224-000 | 1,316.00 | | 13,285.88 |
| 7/17/09 | Ref 12 | Bank of America | interest on invested funds | 1270-000 | 0.54 | | 13,286.42 |
| 9/15/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,078.64 | 11,207.78 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 9/15/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 7.14 | 11,200.64 |
| 9/15/09 | Check 1003 | Chase Bank USA | 726(a)(2); 23.02001% | 7100-900 | | 2,277.16 | 8,923.48 |
| 9/15/09 | Check 1004 | American Express Centurian Bank | 726(a)(2); 23.02001% | 7100-900 | | 3,188.48 | 5,735.00 |
| 9/15/09 | Check 1005 | Roundup Funding LLC | 726(a)(2); 23.02001% | 7100-000 | | 630.02 | 5,104.98 |
| 9/15/09 | Check 1006 | GE Money Bank dba Pearle Vision | 726(a)(2); 23.02001% | 7100-000 | | 375.20 | 4,729.78 |
| 9/15/09 | Check 1007 | GE Money Bank dba Lowes | 726(a)(2); 23.02001% | 7100-000 | | 677.64 | 4,052.14 |
| 9/15/09 | Check 1008 | GE Money Bank dba Empire | 726(a)(2); 23.02001% | 7100-000 | | 4,052.14 | 0.00 |
| | | | | COLUMN TOTALS | 13,286,42 | 13,286.42 | 0.00 |
| | | | Less: Bank transfers/CD Subtotal | | | | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 13,286.42 | 13,286.42 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | | | |
| Money Market # 375 555 3870 | 13,286.42 | 13,286.42 | 0.00 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 13,286.42 | 13,286.42 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |